UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH Mortgage Corporation,

                        Plaintiffs,

-against-

Massimo Razionale; New York City Environmental Control Board; New York City Parking Violations Bureau; New York City Transit Adjudication Bureau,

"John Doe #1" through "John Doe #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupations, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2025

25 Civ. 3029 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 6, 2025, Plaintiff informed the Court that it intends to move for default judgment against Defendants. ECF No. 30. Plaintiff has not done so. Accordingly, by **August 22, 2025**, Plaintiff shall file a status update.

    SO ORDERED.

Dated: August 15, 2025
       New York, New York

                                                      ANALISA TORRES
                                                  United States District Judge